# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

DOUGLAS KIRCH,

                              Plaintiff,

v.                                                          Case No. 17-CV-235-JPS

KATIE BAXTER, CHAD LEMAROND,
and JANE DOE,

                                                            **ORDER**

                              Defendants.

On May 3, 2017, Plaintiff filed a request to substitute Bobbi Jo Christopherson ("Christopherson") for the currently-named Jane Doe defendant. (Docket #15). The request will be granted and all references to Jane Doe in Plaintiff's Complaint, (Docket #1), shall be considered references to Christopherson. Plaintiff further indicates that Christopherson is a Wisconsin Department of Corrections employee. *Id.* The Court will, therefore, order that the Wisconsin Department of Justice be served with the complaint on Christopherson's behalf.

Accordingly,

**IT IS ORDERED** that Plaintiff's motion to substitute a party (Docket #15) be and the same is hereby **GRANTED**;

**IT IS FURTHER ORDERED** that pursuant to an informal service agreement between the Wisconsin Department of Justice and this Court, copies of plaintiff's complaint and this order will be electronically sent to the Wisconsin Department of Justice for service on Defendant Bobbi Jo Christopherson; and

**IT IS FURTHER ORDERED** that, pursuant to the informal service agreement between the Wisconsin Department of Justice and this Court,

Bobbi Jo Christopherson shall file a responsive pleading to the complaint within sixty (60) days of receiving electronic notice of this order.

Dated at Milwaukee, Wisconsin, this 8th day of May, 2017.

BY THE COURT:

J.P. Stadtmueller
U.S. District Judge