# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

DOUGLAS KIRCH,

               Plaintiff,

v.

KATIE BAXTER, CHAD LEMEROND, and BOBBI JO CHRISTOPHERSON,

               Defendants.

Case No. 17-CV-235-JPS

**ORDER**

      On May 11, 2017, Plaintiff filed a motion to compel discovery responses. (Docket #17). Plaintiff states that he sent a letter to a government office, presumably having some control over Plaintiff's supervised release, requesting certain records. *See* (Docket #17-1). That office has not responded to Plaintiff's letter. (Docket #17). Plaintiff's motion must be denied. He asks that the Court compel production of the requested records "pursuant to Fed. R. Crim. P. 16[,] *Brady v. Maryland*[,] 373 U.S. 83 . . . (1963), and . . . 18 U.S.C.A. § 3500[.]" *Id.* These are criminal rules, cases, and statutes which have no application to this civil case. Even assuming Plaintiff had cited the correct law, the motion still fails at the outset for two reasons. First, the motion has no indication that Plaintiff made a good faith attempt to resolve the matter with Defendants prior to filing the motion. *See* Civil L. R. 37. Second, and more importantly, Plaintiff seeks relief the Court cannot grant. The Court cannot compel a non-party, the government office to which the letter is directed, to respond to requests for production of documents.

      Accordingly,

**IT IS ORDERED** that Plaintiff's motion to compel (Docket #17) be and the same is hereby **DENIED**.

Dated at Milwaukee, Wisconsin, this 31st day of May, 2017.

BY THE COURT:

_____
J.P. Stadtmueller
U.S. District Judge